USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEEN ROCHE and MILAGROS GONZALEZ,

           Plaintiffs,

-against-

DUANE STREET PARK CORP. and KIO RESTAURANT, LLC,

           Defendants.

17 Civ. 5866 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    As the parties have failed to comply with the Court's order of October 5, 2017, ECF No. 20, the initial pretrial conference scheduled for November 29, 2017 is ADJOURNED to **December 11, 2017**, at **10:20 a.m.** The parties are directed to submit their joint letter and case management plan by **December 4, 2017**.

    SO ORDERED.

Dated: November 29, 2017
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge